# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CUATRO GRINGOS PROPERTIES, LLC**                            **PLAINTIFF**

**v.**                       **Case No. 3:19-cv-00044 KGB**

**RIVERBEND VENTURES, LLC,**
**GLENN E. FERGUSON, and**
**MULTI-SOUTH MANAGEMENT**
**SERVICES, LLC**                                                      **DEFENDANTS**

## ORDER

Before the Court is plaintiff Cuatro Gringos Properties, LLC, and defendants Riverbend Ventures, LLC, Glenn E. Ferguson, and Multi-South Management Services, LLC's stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice this action. Each party will bear its own costs and fees to the extent not otherwise provided for in the settlement agreement between the parties, and each party waives any and all rights of appeal from the dismissal of this action. Accordingly, the Court also denies as moot defendant Multi-South Management Services, LLC's motion to dismiss plaintiff's complaint (Dkt. No. 5).

It is so ordered this 21st day of January 2020.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge